Allen M. Kirshenbaum, Warwick, Carolyn R. Barone, Providence, for defendant.

ORDER

This matter was argued before a three-judge panel of the court pursuant to an order issued directing the defendants, Michael S. Keeble and Janet Keeble, to show cause if any they had why their appeal should not be dismissed.

After reviewing memoranda thereon and hearing arguments of counsel, it is the conclusion of the court that no cause has been shown and the defendants' appeal is therefore denied and dismissed.

BEVILACQUA, C.J., and MURRAY, J., did not participate.

■

**PROVIDENCE HOUSING AUTHORITY**

v.

**Raymond DiCARLO.**

No. 82–572–Appeal.

Supreme Court of Rhode Island.

May 17, 1983.

Raul L. Lovett, Providence, for petitioner.

George E. Healy, Jr., Providence, for respondent.

ORDER

This matter was argued before a three-judge panel of the court pursuant to an order issued to both parties to show cause.

After reviewing memoranda thereon and hearing arguments of counsel, the court is of the opinion that the employee has failed to show cause why his appeal from the final decree of the Appellate Commission should not be dismissed.

The decree of the Appellate Commission is therefore affirmed.

BEVILACQUA, C.J., and MURRAY, J., did not participate.

■

**SALVE REGINA COLLEGE et al.**

v.

**John H. GREICHEN et al.**

No. 83–34–M.P.

Supreme Court of Rhode Island.

May 17, 1983.

Turner C. Scott, Joseph J. Nicholson, Arthur W. Kirby, Newport, for petitioner.

Jeremiah C. Lynch, Jr., Stephen A. Haire, Newport, for respondent.

ORDER

This matter was before a three-judge panel of the court pursuant to an order issued to the petitioners to appear and show cause why the petition for certiorari should not be denied.

After hearing counsel thereon and reviewing the petition and memoranda submitted, it is the conclusion of the court that no cause has been shown and the petition for writ of certiorari is denied.

Justice BEVILACQUA and Mrs. Justice MURRAY did not participate.